IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–N–1528 (OES)

EDWARD RONWIN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation;
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation;
DAVID LAWSER;
TERRI RENE SNYDER;
CITY OF FORT COLLINS, COLORADO, a municipality and
HEIDI NASH,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Return to Plaintiff of Security for Costs Posted by Plaintiff" filed November 18, is DENIED for failure to comply with local rule 7.1A.

Dated: November 22, 2005