IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–N–1528 (OES)

EDWARD RONWIN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation;
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation;
DAVID LAWSER;
TERRI RENE SNYDER;
CITY OF FORT COLLINS, COLORADO, a municipality and
HEIDI NASH,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Upon consideration of the amended motion for return of Plaintiff's cost bond and the representation therein that counsel for Defendants have been contacted and expressed no objection, it is

ORDERED that the motion (#82) be GRANTED and that the clerk return to Plaintiff the money deposited as his cost bond.

Dated: November 28, 2005