IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01528–EWN–OES

EDWARD RONWIN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation;
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation;
DAVID LAWSER;
TERRI RENE SNYDER;
CITY OF FORT COLLINS, COLORADO, a municipality and
HEIDI NASH,

    Defendants.

## ORDER

The clerk of the court has advised that the $255.00 discussed in Plaintiff's motion to return money posted as security for costs was not (contrary to Plaintiff's belief) posted as security for payment of the opposing parties' costs on appeal. This sum, rather, was the non-refundable fee for filing an appeal. Accordingly, it is

ORDERED as follows:

1. The minute order filed today, granting Plaintiff's motion to return this $255.00 (#83) is VACATED.

    2.   The second motion for return of Plaintiff's security for costs on appeal (#82) is DENIED.

Dated this 28th day of November, 2005.

                                     BY THE COURT:

                                     <u>s/ Edward W. Nottingham</u>
                                     EDWARD W. NOTTINGHAM
                                     United States District Judge